# Amended Complaint

## COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__
__New Albany Division__

(Full name of plaintiff(s))

__Bradley D. Warner__

v.

(Full name of defendant(s))

__Heritage Trails Correctional Facility__

**FILED**

**01/23/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

__4:22-cv-00168-SEB-KMB__
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   _____
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Heritage Trails Correctional Facility__
                                                    (Name)

is (if a person or private corporation) a citizen of  Indiana
(State, if known)

and (if a person) resides at  501 W Main St Plainfield, IN 46168
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Heritage Trails Correctional Facility. They did not give me the proper medical attention before and after while I was released. Sometime around 2013. It happended in their Gymnasium at their instution. The reason why they did it before was due to the fact I only had 20 days left before I was released.

Now after 9 years Physician Network Orthopedic Specialty Dr. Krepps is finally about to take care of this matter. In the meantime I'am going to Community Physical Theraphy and Rehab twice a week for the next month. Nevertheless through studies I evidently know that my 8th Amendment was violated.

C.   JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like for me to be able to get the surgeries that I may need. Also plus to sue in over the amount of $75,000

E.  **JURY DEMAND**

☑ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __18__ day of __January__ 20__22__.

Respectfully Submitted,

__Bradley Warner__
Signature of Plaintiff

__148994__
Plaintiff's Prisoner ID Number

__3618 Dogwood Dr__
__Anderson, IN 46011__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

__Bradley Warner__
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.